# United States District Court
## District of Nevada

Chambers of
James C. Mahan
United States District Judge



Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South - Suite 6085
Las Vegas, Nevada 89101
Telephone: (702) 464-5520

August 8, 2008

Honorable Ortie D. Smith, Chair
Judicial Conference of the United States Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:        **Calendar Year 2007 Financial Disclosure Report Filing**

Dear Judge Smith:

I received your letter dated August 1, 2008, regarding my 2007 financial disclosure report filing.

Your letter referenced my correspondence to the committee dated August 1, 2005. My records do not contain a letter from me to the committee on that date. The only letter in my file is dated July 25, 2005, and does not refer to a trust account. I have one IRA account in my name and a ███ tenancy account with right of survivorship with ███████ I have listed both accounts in all of my financial reports as ███ individual account and ███ ███ tenancy account.

Please let me know if additional information is necessary.

Sincerely,

JAMES C. MAHAN
United States District Judge

JCM:srb

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MAHAN, James C | U.S.District Court, Nevada | 05/08/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Las Vegas Boulevard South<br>Suite 6085<br>Las Vegas, Nevada 89101 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 13 A 11: 32
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | F | Interest | P1 | T | Buy/Sell Pt. | 12/31 | P1 | | |
| 2.  -- ABB Ltd Spons ADR F | | | | | Bought | 10/27 | L | | |
| 3.  -- ABB Ltd.-Spons ADR F | | | | | Sold | 11/02 | K | A | |
| 4.  -- Aetna Inc | | | | | Bought | 2/23 | J | | |
| 5.  -- Aetna Inc | | | | | Sold | 8/01 | J | | |
| 6.  -- Aetna Inc | | | | | Bought | 2/23 | K | | |
| 7.  -- Aetna Inc | | | | | Sold | 9/27 | K | A | |
| 8.  -- Agrium Inc | | | | | Bought | 4/17 | L | | |
| 9.  -- Agrium Inc | | | | | Sold | 6/19 | L | B | |
| 10.  -- Agrium Inc | | | | | Bought | 10/12 | K | | |
| 11.  -- Agrium Inc | | | | | Sold | 10/26 | K | B | |
| 12.  -- Agrium Inc | | | | | Bought | 10/12 | K | | |
| 13.  -- Agrium Inc | | | | | Sold | 10/26 | K | B | |
| 14.  -- Agrium Inc | | | | | Bought | 10/12 | K | | |
| 15.  -- Agrium Inc | | | | | Sold | 10/26 | K | B | |
| 16.  -- Agrium Inc | | | | | Bought | 10/12 | K | | |
| 17.  -- Agrium Inc | | | | | Sold | 10/26 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Agrium Inc | | | | | Bought | 10/12 | K | | |
| 19. -- Agrium Inc | | | | | Sold | 10/26 | K | B | |
| 20. -- America Movil Series L | | | | | Bought | 7/03 | L | | |
| 21. -- America Movil Series L | | | | | Sold | 7/06 | L | B | |
| 22. -- BHP Billiton Ltd | | | | | Bought | 7/09 | K | | |
| 23. -- BHP Billiton Ltd | | | | | Sold | 9/19 | K | B | |
| 24. -- BHP Billiton Ltd | | | | | Bought | 7/09 | K | | |
| 25. -- BHP Billiton Ltd | | | | | Sold | 9/19 | K | B | |
| 26. -- BHP Billiton Ltd | | | | | Bought | 7/09 | K | | |
| 27. -- BHP Billiton Ltd | | | | | Sold | 9/19 | K | B | |
| 28. -- BHP Billiton Ltd | | | | | Bought | 7/09 | K | | |
| 29. -- BHP Billiton Ltd | | | | | Sold | 9/19 | K | B | |
| 30. -- Banco Bradesco SA ADR (Y) | | | | | Bought | 5/05 | K | | |
| 31. -- Banco Bradesco SA ADR | | | | | Sold | 1/03 | K | A | |
| 32. -- Banco Bradesco SA ADR (Y) | | | | | Bought | 5/05 | J | | |
| 33. -- Banco Bradesco SA ADR | | | | | Sold | 1/03 | J | A | |
| 34. -- Banco Bradesco SA ADR (Y) | | | | | Bought | 5/05 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Banco Bradesco SA ADR | | | | | Sold | 1/03 | J | A | |
| 36.  -- Banco Bradesco SA ADR (Y) | | | | | Bought | 5/05 | J | | |
| 37.  -- Banco Bradesco SA ADR | | | | | Sold | 1/03 | J | A | |
| 38.  -- Banco Bradesco SA ADR | | | | | Bought | 10/12 | J | | |
| 39.  -- Banco Bradesco SA ADR | | | | | Sold | 10/26 | J | A | |
| 40.  -- Banco Bradesco SA ADR | | | | | Bought | 10/12 | K | | |
| 41.  -- Banco Bradesco SA ADR | | | | | Sold | 10/26 | K | A | |
| 42.  -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 43.  -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 44.  -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 45.  -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 46.  -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 47.  -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 48.  -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 49.  -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 50.  -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 51.  -- Bristow Group | | | | | Sold | 10/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 53. -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 54. -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 55. -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 56. -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 57. -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 58. -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 59. -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 60. -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 61. -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 62. -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 63. -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 64. -- Bristow Group | | | | | Bought | 8/01 | J | | |
| 65. -- Bristow Group | | | | | Sold | 10/12 | J | A | |
| 66. -- CF Industries Holdings | | | | | Bought | 2/22 | K | | |
| 67. -- CF Industries Holdings | | | | | Sold | 2/23 | L | A | |
| 68. -- Cameo Corp | | | | | Bought | 1/04 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- CPFL Energia SA ADR | | | | | Bought | 12/07 | L | | |
| 70. -- Cameo Corp | | | | | Sold | 1/19 | K | B | |
| 71. -- China Netcom | | | | | Bought | 12/28 | L | | |
| 72. -- China Netcom | | | | | Sold | 6/21 | L | A | |
| 73. -- China Mobile LTD SPN | | | | | Bought | 7/03 | K | | |
| 74. -- China Mobile LTD SPN | | | | | Sold | 7/13 | K | A | |
| 75. -- China Mobile LTD SPN | | | | | Bought | 7/03 | K | | |
| 76. -- China Mobile LTD SPN | | | | | Sold | 7/13 | K | A | |
| 77. -- Coca Cola Femsa | | | | | Bought | 6/21 | J | | |
| 78. -- Coca Cola Femsa | | | | | Sold | 7/02 | J | A | |
| 79. -- Coca Cola Femsa | | | | | Bought | 6/21 | J | | |
| 80. -- Coca Cola Femsa | | | | | Sold | 7/02 | J | A | |
| 81. -- Coca Cola Femsa | | | | | Bought | 6/21 | K | | |
| 82. -- Coca Cola Femsa | | | | | Sold | 7/02 | K | A | |
| 83. -- Companhia Brasileira DE | | | | | Bought | 12/15 | J | | |
| 84. -- Companhia Brasileira DE | | | | | Sold | 6/11 | J | A | |
| 85. -- Companhia Brasileira DE | | | | | Bought | 12/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Companhia Brasileira DE | | | | | Sold | 6/11 | K | A | |
| 87. -- Companhia Brasileira DE | | | | | Bought | 12/15 | K | | |
| 88. -- Companhia Brasileira DE | | | | | Sold | 6/11 | K | A | |
| 89. -- Companhia Brasileira DE | | | | | Bought | 12/15 | J | | |
| 90. -- Companhia Brasileira DE | | | | | Sold | 6/11 | J | A | |
| 91. -- Companhia Brasileira DE | | | | | Bought | 11/13 | K | | |
| 92. -- Companhia Brasileira DE | | | | | Sold | 12/07 | J | A | |
| 93. -- Companhia Brasileira DE | | | | | Bought | 11/13 | J | | |
| 94. -- Companhia Brasileira DE | | | | | Sold | 12/07 | J | A | |
| 95. -- Companhia Brasileira DE | | | | | Bought | 11/13 | J | | |
| 96. -- Companhia Brasileira DE | | | | | Sold | 12/07 | J | A | |
| 97. -- Companhia Brasileira DE | | | | | Bought | 11/13 | J | | |
| 98. -- Companhia Brasileira DE | | | | | Sold | 12/07 | J | A | |
| 99. -- Companhia Brasileira DE | | | | | Bought | 11/13 | K | | |
| 100. -- Companhia Brasileira DE | | | | | Sold | 12/07 | K | B | |
| 101. -- Companhia Siderurgica | | | | | Bought | 3/23 | J | | |
| 102. -- Companhia Siderurgica | | | | | Sold | 4/05 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Companhia Siderurgica | | | | | Bought | 3/23 | K | | |
| 104. -- Companhia Siderurgica | | | | | Sold | 4/05 | K | A | |
| 105. -- Companhia Valle Do Rio | | | | | Bought | 1/19 | K | | |
| 106. -- Companhia Valle Do Rio | | | | | Sold | 1/23 | K | B | |
| 107. -- Companhia Valle Do Rio | | | | | Bought | 1/19 | K | | |
| 108. -- Companhia Valle Do Rio | | | | | Sold | 1/23 | K | A | |
| 109. -- Companhia Valle Do Rio | | | | | Bought | 3/12 | L | | |
| 110. -- Companhia Valle Do Rio | | | | | Sold | 3/21 | L | B | |
| 111. -- Companhia Valle Do Rio | | | | | Bought | 6/11 | J | | |
| 112. -- Companhia Valle Do Rio | | | | | Sold | 6/15 | J | A | |
| 113. -- Companhia Valle Do Rio | | | | | Bought | 6/11 | K | | |
| 114. -- Companhia Valle Do Rio | | | | | Sold | 6/15 | K | B | |
| 115. -- Companhia Valle Do Rio | | | | | Bought | 6/11 | J | | |
| 116. -- Companhia Valle Do Rio | | | | | Sold | 6/15 | J | A | |
| 117. -- Companhia Valle Do Rio | | | | | Bought | 11/05 | L | | |
| 118. -- Companhia Valle Do Rio | | | | | Sold | 11/06 | L | B | |
| 119. -- Dawson Geophysical Co | | | | | Bought | 7/02 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -- Dawson Geophysical Co | | | | | Sold | 8/01 | K | A | |
| 121. -- Dawson Geophysical Co | | | | | Bought | 7/02 | K | | |
| 122. -- Dawson Geophysical Co | | | | | Sold | 8/01 | K | B | |
| 123. -- Diana Shipping Inc | | | | | Bought | 10/26 | J | | |
| 124. -- Diana Shipping Inc | | | | | Sold | 10/29 | J | A | |
| 125. -- Diana Shipping Inc | | | | | Bought | 10/26 | K | | |
| 126. -- Diana Shipping Inc | | | | | Sold | 10/29 | K | B | |
| 127. -- Diana Shipping Inc | | | | | Bought | 10/26 | J | | |
| 128. -- Diana Shipping Inc | | | | | Sold | 10/29 | J | A | |
| 129. -- Diana Shipping Inc | | | | | Bought | 10/26 | J | | |
| 130. -- Diana Shipping Inc | | | | | Sold | 10/29 | J | A | |
| 131. -- Diana Shipping Inc | | | | | Bought | 10/26 | J | | |
| 132. -- Diana Shipping Inc | | | | | Sold | 10/29 | J | A | |
| 133. -- Diana Shipping Inc | | | | | Bought | 10/30 | K | | |
| 134. -- Diana Shipping Inc | | | | | Sold | 10/31 | L | C | |
| 135. -- Empresas ICA Sociedad | | | | | Bought | 7/02 | J | | |
| 136. -- Empreses ICA Sociedad | | | | | Sold | 7/03 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Empresas ICA Sociedad | | | | | Bought | 7/02 | J | | |
| 138. -- Empreses ICA Sociedad | | | | | Sold | 7/03 | J | A | |
| 139. -- Empresas ICA Sociedad | | | | | Bought | 7/02 | K | | |
| 140. -- Empresas ICA Sociedad | | | | | Sold | 7/03 | K | A | |
| 141. -- Empresas ICA Sociedad | | | | | Bought | 7/02 | J | | |
| 142. -- Empreses ICA Sociedad | | | | | Sold | 7/03 | J | A | |
| 143. -- Empresas ICA Sociedad | | | | | Bought | 7/02 | J | | |
| 144. -- Empreses ICA Sociedad | | | | | Sold | 7/03 | J | A | |
| 145. -- FTI Consulting Inc | | | | | Bought | 10/12 | K | | |
| 146. -- Focus Media Holding ADR | | | | | Bought | 11/16 | L | | |
| 147. -- FTI Consulting Inc | | | | | Sold | 11/13 | K | A | |
| 148. -- FTI Consulting Inc | | | | | Bought | 10/12 | J | | |
| 149. -- FTI Consulting Inc | | | | | Sold | 11/13 | J | A | |
| 150. -- FTI Consulting Inc | | | | | Bought | 10/12 | J | | |
| 151. -- FTI Consulting Inc | | | | | Sold | 11/13 | J | A | |
| 152. -- FTI Consulting Inc | | | | | Bought | 10/12 | J | | |
| 153. -- FTI Consulting Inc | | | | | Sold | 11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -- FTI Consulting Inc | | | | | Bought | 10/12 | J | | |
| 155. -- FTI Consulting Inc | | | | | Sold | 11/13 | J | A | |
| 156. -- FTI Consulting Inc | | | | | Bought | 10/12 | J | | |
| 157. -- FTI Consulting Inc | | | | | Sold | 11/13 | J | A | |
| 158. -- FTI Consulting Inc | | | | | Bought | 10/12 | J | | |
| 159. -- FTI Consulting Inc | | | | | Sold | 11/13 | J | A | |
| 160. -- Gerdau SA | | | | | Bought | 6/15 | K | | |
| 161. -- Gerdau SA | | | | | Sold | 7/02 | K | A | |
| 162. -- Gerdau SA | | | | | Bought | 6/15 | J | | |
| 163. -- Gerdau SA | | | | | Sold | 7/02 | J | A | |
| 164. -- Gerdau SA | | | | | Bought | 6/15 | J | | |
| 165. -- Gerdau SA | | | | | Sold | 7/02 | J | A | |
| 166. -- Gerdau SA | | | | | Bought | 6/15 | J | | |
| 167. -- Gerdau SA | | | | | Sold | 7/02 | J | A | |
| 168. -- Gerdau SA | | | | | Bought | 6/15 | J | | |
| 169. -- Gerdau SA | | | | | Sold | 7/02 | J | A | |
| 170. -- Gerdau SA | | | | | Bought | 6/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Gerdau SA | | | | | Sold | 7/02 | J | A | |
| 172. -- Goodrich Pete Corp | | | | | Bought | 12/19 | K | | |
| 173. -- Icici Bank Ltd Spon | | | | | Bought | 9/26 | L | | |
| 174. -- Icici Bank Ltd Spon | | | | | Sold | 9/28 | L | A | |
| 175. -- Icici Bank Ltd Spon | | | | | Bought | 9/26 | J | | |
| 176. -- Icici Bank Ltd Spon | | | | | Sold | 9/28 | J | A | |
| 177. -- Icici Bank Ltd Spon | | | | | Bought | 11/1 | K | | |
| 178. -- Icici Bank Ltd Spon | | | | | Sold | 11/2 | K | A | |
| 179. -- Icici Bank Ltd Spon | | | | | Bought | 11/1 | K | | |
| 180. -- Icici Bank Ltd Spon | | | | | Sold | 11/2 | K | A | |
| 181. -- Ivanhoe Mines | | | | | Bought | 7/13 | L | | |
| 182. -- KBR Inc | | | | | Bought | 12/20 | K | | |
| 183. -- KBR Inc | | | | | Sold | 5/22 | K | B | |
| 184. -- KBR Inc | | | | | Bought | 12/20 | J | | |
| 185. -- KBR Inc | | | | | Sold | 5/22 | J | A | |
| 186. -- KBR Inc | | | | | Bought | 12/20 | J | | |
| 187. -- KBR Inc | | | | | Sold | 5/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -- Manitowoc Co Inc | | | | | Bought | 10/26 | K | | |
| 189. -- Manitowoc Co Inc | | | | | Sold | 10/31 | K | A | |
| 190. -- Manitowoc Co Inc | | | | | Bought | 10/26 | J | | |
| 191. -- Manitowoc Co Inc | | | | | Sold | 10/31 | J | A | |
| 192. -- Manitowoc Co Inc | | | | | Bought | 10/26 | J | | |
| 193. -- Manitowoc Co Inc | | | | | Sold | 10/31 | J | A | |
| 194. -- Manitowoc Co Inc | | | | | Bought | 10/26 | J | | |
| 195. -- Manitowoc Co Inc | | | | | Sold | 10/31 | J | A | |
| 196. -- Manitowoc Co Inc | | | | | Bought | 10/26 | J | | |
| 197. -- Manitowoc Co Inc | | | | | Sold | 10/31 | J | A | |
| 198. -- The Mosaic Company | | | | | Bought | 9/28 | K | | |
| 199. -- The Mosaic Company | | | | | Sold | 10/09 | K | A | |
| 200. -- The Mosaic Company | | | | | Bought | 9/28 | K | | |
| 201. -- The Mosaic Company | | | | | Sold | 10/09 | K | A | |
| 202. -- The Mosaic Company | | | | | Bought | 9/28 | K | | |
| 203. -- The Mosaic Company | | | | | Sold | 10/09 | K | A | |
| 204. -- The Mosaic Company | | | | | Bought | 9/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- The Mosaic Company | | | | | Sold | 10/09 | J | A | |
| 206. -- The Mosaic Company | | | | | Bought | 9/28 | J | | |
| 207. -- The Mosaic Company | | | | | Sold | 10/09 | J | A | |
| 208. -- Motorola Inc | | | | | | | K | | |
| 209. -- Mylan Inc | | | | | | | K | | |
| 210. -- Vimpel Communications | | | | | Bought | 10/12 | K | | |
| 211. -- Vimpel Communications | | | | | Sold | 10/26 | K | A | |
| 212. -- Vimpel Communications | | | | | Bought | 1012 | J | | |
| 213. -- Vimpel Communications | | | | | Sold | 10/26 | J | A | |
| 214. -- Vimpel Communications | | | | | Bought | 1012 | J | | |
| 215. -- Vimpel Communications | | | | | Sold | 10/26 | J | A | |
| 216. -- Vimpel Communications | | | | | Bought | 1012 | J | | |
| 217. -- Vimpel Communications | | | | | Sold | 10/26 | J | A | |
| 218. -- Vimpel Communications | | | | | Bought | 10/12 | K | | |
| 219. -- Vimpel Communications | | | | | Sold | 10/26 | K | A | |
| 220. -- Par Pharmaceutical Cos | | | | | | | K | | |
| 221. -- Perini Corporation | | | | | Bought | 6/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Perini Corporation | | | | | Sold | 7/02 | J | A | |
| 223. -- Perini Corporation | | | | | Bought | 6/29 | J | | |
| 224. -- Perini Corporation | | | | | Sold | 7/02 | J | A | |
| 225. -- Perini Corporation | | | | | Bought | 6/29 | J | | |
| 226. -- Perini Corporation | | | | | Sold | 7/02 | J | A | |
| 227. -- Perini Corporation | | | | | Bought | 6/29 | J | | |
| 228. -- Perini Corporation | | | | | Sold | 7/02 | J | A | |
| 229. -- Perini Corporation | | | | | Bought | 6/29 | J | | |
| 230. -- Perini Corporation | | | | | Sold | 7/02 | J | A | |
| 231. -- Perini Corporation | | | | | Bought | 6/29 | J | | |
| 232. -- Perini Corporation | | | | | Sold | 7/02 | J | A | |
| 233. -- Perini Corporation | | | | | Bought | 6/29 | J | | |
| 234. -- Perini Corporation | | | | | Sold | 7/02 | J | A | |
| 235. -- Perini Corporation | | | | | Bought | 6/29 | J | | |
| 236. -- Perini Corporation | | | | | Sold | 7/02 | J | A | |
| 237. -- Perini Corporation | | | | | Bought | 6/29 | J | | |
| 238. -- Perini Corporation | | | | | Sold | 7/02 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- Perini Corporation | | | | | Bought | 6/29 | J | | |
| 240. -- Perini Corporation | | | | | Sold | 7/02 | J | A | |
| 241. -- Perdigao SA New | | | | | Bought | 10/01 | K | | |
| 242. -- Perdigao SA New | | | | | Sold | 10/9 | K | B | |
| 243. -- Perdigao SA New | | | | | Bought | 10/1 | J | | |
| 244. -- Perdigao SA New | | | | | Sold | 10/9 | J | A | |
| 245. -- Perdigao SA New | | | | | Bought | 10/1 | J | | |
| 246. -- Perdigao SA New | | | | | Sold | 10/9 | J | A | |
| 247. -- Perdigao SA New | | | | | Bought | 10/1 | J | | |
| 248. -- Perdigao SA New | | | | | Sold | 10/9 | J | A | |
| 249. -- Radioshack Corp | | | | | Bought | 2/27 | K | | |
| 250. -- Radioshack Corp. | | | | | Sold | 3/12 | K | A | |
| 251. -- Radioshack Corp | | | | | Bought | 2/27 | K | | |
| 252. -- Radioshack Corp. | | | | | Sold | 3/12 | K | A | |
| 253. -- Radioshack Corp | | | | | Bought | 2/27 | K | | |
| 254. -- Radioshack Corp. | | | | | Sold | 3/12 | K | A | |
| 255. -- Robert Half Intl | | | | | Bought | 1/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. -- Schnitzer Stl Inds | | | | | Bought | 4/09 | K | | |
| 257. -- Schnitzer Stl Inds | | | | | Sold | 4/17 | K | B | |
| 258. -- Schnitzer Stl Inds | | | | | Bought | 4/09 | J | | |
| 259. -- Schnitzer Stl Inds | | | | | Sold | 4/17 | J | A | |
| 260. -- Schnitzer Stl Inds | | | | | Bought | 4/09 | J | | |
| 261. -- Schnitzer Stl Inds | | | | | Sold | 4/17 | J | A | |
| 262. -- Sotheby's | | | | | Bought | 11/08 | J | | |
| 263. -- Sotheby's | | | | | Sold | 11/15 | K | A | |
| 264. -- Sotheby's | | | | | Bought | 11/08 | J | | |
| 265. -- Sotheby's | | | | | Sold | 11/15 | J | A | |
| 266. -- Sotheby's | | | | | Bought | 11/08 | J | | |
| 267. -- Sotheby's | | | | | Sold | 11/15 | J | A | |
| 268. -- Sotheby's | | | | | Bought | 11/08 | J | | |
| 269. -- Sotheby's | | | | | Sold | 11/15 | J | A | |
| 270. -- Sotheby's | | | | | Bought | 11/08 | J | | |
| 271. -- Sotheby's | | | | | Sold | 11/15 | J | A | |
| 272. -- Sotheby's | | | | | Bought | 11/08 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -- Sotheby's | | | | | Sold | 11/15 | J | A | |
| 274. -- Sotheby's | | | | | Bought | 11/08 | J | | |
| 275. -- Sotheby's | | | | | Sold | 11/15 | J | A | |
| 276. -- Telemig Celular | | | | | Bought | 6/1 | J | | |
| 277. -- Telemig Celular | | | | | Sold | 2/22 | J | A | |
| 278. -- Telemig Celular | | | | | Bought | 6/1 | J | | |
| 279. -- Telemig Celular | | | | | Sold | 2/22 | J | A | |
| 280. -- Telemig Celular | | | | | Bought | 6/1 | J | | |
| 281. -- Telemig Celular | | | | | Sold | 2/22 | J | A | |
| 282. -- Telemig Celular | | | | | Bought | 6/1 | J | | |
| 283. -- Telemig Celular | | | | | Sold | 2/22 | J | A | |
| 284. -- Telemig Celular | | | | | Bought | 6/1 | J | | |
| 285. -- Telemig Celular | | | | | Sold | 2/22 | J | A | |
| 286. -- Telephonos De Mex | | | | | Bought | 5/23 | K | | |
| 287. -- Wesco International | | | | | Bought | 9/28 | J | | |
| 288. -- Wesco International | | | | | Sold | 10/1 | J | A | |
| 289. -- Wesco International | | | | | Bought | 9/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. -- Wesco International | | | | | Sold | 10/1 | J | A | |
| 291. -- Wesco International | | | | | Bought | 9/28 | J | | |
| 292. -- Wesco International | | | | | Sold | 10/1 | J | A | |
| 293. -- Wesco International | | | | | Bought | 9/28 | J | | |
| 294. -- Wesco International | | | | | Sold | 10/1 | J | A | |
| 295. -- Wesco International | | | | | Bought | 9/28 | J | | |
| 296. -- Wesco International | | | | | Sold | 10/1 | J | A | |
| 297. -- Western Refining Inc | | | | | Bought | 6/22 | K | | |
| 298. -- Western Refining Inc | | | | | Sold | 6/29 | K | | |
| 299. -- Western Refining Inc | | | | | Bought | 6/22 | K | | |
| 300. -- Western Refining Inc | | | | | Sold | 6/29 | K | | |
| 301. -- Willbros Group Inc F | | | | | Bought | 11/01 | K | | |
| 302. ███████ ACCT -- | F | Interest | P1 | T | Buy/Sell Pt. | 12/31 | P1 | | |
| 303. -- Agco Corp | | | | | Bought | 10/30 | K | | |
| 304. -- Agco Corp | | | | | Sold | 11/01 | K | A | |
| 305. -- Agco Corp | | | | | Bought | 10/30 | J | | |
| 306. -- Agco Corp | | | | | Sold | 11/01 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -- Agco Corp | | | | | Bought | 10/30 | J | | |
| 308. -- Agco Corp | | | | | Sold | 11/01 | J | A | |
| 309. -- Agco Corp | | | | | Bought | 10/30 | J | | |
| 310. -- Agco Corp | | | | | Sold | 11/01 | J | A | |
| 311. -- Agco Corp | | | | | Bought | 10/30 | J | | |
| 312. -- Agco Corp | | | | | Sold | 11/01 | J | A | |
| 313. -- Agco Corp | | | | | Bought | 10/30 | J | | |
| 314. -- Agco Corp | | | | | Sold | 11/01 | J | A | |
| 315. -- Alberto Culver Co | | | | | Bought | 4/30 | J | | |
| 316. -- Alberto Culver Co | | | | | Sold | 6/04 | J | A | |
| 317. -- Alberto Culver Co | | | | | Bought | 4/30 | K | | |
| 318. -- Alberto Culver Co | | | | | Sold | 6/04 | K | A | |
| 319. -- Aluminum Corp of China | | | | | Bought | 5/21 | K | | |
| 320. -- Aluminum Corp of China | | | | | Sold | 6/13 | K | A | |
| 321. -- America Movil Series L | | | | | Bought | 5/3 | K | | |
| 322. -- America Movil Series L | | | | | Sold | 5/16 | K | A | |
| 323. -- America Movil Series L | | | | | Bought | 5/3 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Esti | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -- America Movil Series L | | | | | Sold | 5/16 | K | A | |
| 325. -- Banco Itau Holding | | | | | Bought | 5/09 | J | | |
| 326. -- Banco Itau Holding | | | | | Sold | 5/18 | J | B | |
| 327. -- China Unicom Ltd Amer | | | | | Bought | 6/28 | K | | |
| 328. -- China Unicom Ltd Amer | | | | | Sold | 7/23 | K | B | |
| 329. -- CNH Global NV | | | | | Bought | 5/16 | J | | |
| 330. -- CNH Global NV | | | | | Sold | 5/30 | J | A | |
| 331. -- CNH Global NV | | | | | Bought | 5/16 | J | | |
| 332. -- CNH Global NV | | | | | Sold | 5/30 | J | A | |
| 333. -- CNH Global NV | | | | | Bought | 5/16 | J | | |
| 334. -- CNH Global NV | | | | | Sold | 5/30 | J | A | |
| 335. -- CNH Global NV | | | | | Bought | 5/16 | J | | |
| 336. -- CNH Global NV | | | | | Sold | 5/30 | J | A | |
| 337. -- CNH Global NV | | | | | Bought | 5/16 | J | | |
| 338. -- CNH Global NV | | | | | Sold | 5/30 | J | A | |
| 339. -- CNH Global NV | | | | | Bought | 5/16 | J | | |
| 340. -- CNH Global NV | | | | | Sold | 5/30 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -- CNH Global NV | | | | | Bought | 5/16 | J | | |
| 342. -- CNH Global NV | | | | | Sold | 5/30 | J | A | |
| 343. -- CIA Saneamento Basico | | | | | Bought | 7/09 | J | | |
| 344. -- CIA Saneamento Basico | | | | | Sold | 7/12 | J | A | |
| 345. -- CIA Saneamento Basico | | | | | Bought | 7/09 | J | | |
| 346. -- CIA Saneamento Basico | | | | | Sold | 7/12 | J | A | |
| 347. -- CIA Saneamento Basico | | | | | Bought | 7/09 | J | | |
| 348. -- CIA Saneamento Basico | | | | | Sold | 7/12 | J | A | |
| 349. -- CIA Saneamento Basico | | | | | Bought | 7/09 | J | | |
| 350. -- CIA Saneamento Basico | | | | | Sold | 7/12 | J | A | |
| 351. -- CIA Saneamento Basico | | | | | Bought | 7/09 | J | | |
| 352. -- CIA Saneamento Basico | | | | | Sold | 7/12 | J | A | |
| 353. -- CIA Saneamento Basico | | | | | Bought | 7/09 | J | | |
| 354. -- CIA Saneamento Basico | | | | | Sold | 7/12 | J | A | |
| 355. -- CIA Saneamento Basico | | | | | Bought | 7/09 | J | | |
| 356. -- CIA Saneamento Basico | | | | | Sold | 7/12 | J | A | |
| 357. -- CIA Saneamento Basico | | | | | Bought | 7/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -- CIA Saneamento Basico | | | | | Sold | 7/12 | J | A | |
| 359. -- CIA Saneamento Basico | | | | | Bought | 7/09 | J | | |
| 360. -- CIA Saneamento Basico | | | | | Sold | 7/12 | J | A | |
| 361. -- CIA Saneamento Basico | | | | | Bought | 7/09 | J | | |
| 362. -- CIA Saneamento Basico | | | | | Sold | 7/12 | J | A | |
| 363. -- Companhia Vale Do Rio | | | | | Bought | 5/03 | K | | |
| 364. -- Companhia Vale Do Rio | | | | | Sold | 5/09 | K | B | |
| 365. -- Companhia Vale Do Rio | | | | | Bought | 10-02 | K | | |
| 366. -- Companhia Vale Do Rio | | | | | Sold | 10/29 | K | B | |
| 367. -- Companhia De Bebidas | | | | | Bought | 2/15 | J | | |
| 368. -- Companhia De Bebidas | | | | | Sold | 4/03 | J | A | |
| 369. -- Companhia De Bebidas | | | | | Bought | 2/15 | J | | |
| 370. -- Companhia De Bebidas | | | | | Sold | 4/03 | J | A | |
| 371. -- Companhia De Bebidas | | | | | Bought | 2/15 | J | | |
| 372. -- Companhia De Bebidas | | | | | Sold | 4/03 | J | A | |
| 373. -- Companhia De Bebidas | | | | | Bought | 2/15 | K | | |
| 374. -- Companhia De Bebidas | | | | | Sold | 4/03 | K | A | |

| 1. Income Gain Codes· (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -- Encore Acquisition Co | | | | | Bought | 8/09 | K | | |
| 376. -- Encore Acquisition Co | | | | | Sold | 10/05 | K | A | |
| 377. -- Encore Acquisition Co | | | | | Bought | 8/09 | J | | |
| 378. -- Encore Acquisition Co | | | | | Sold | 10/05 | J | A | |
| 379. -- Encore Acquisition Co | | | | | Bought | 8/09 | J | | |
| 380. -- Encore Acquisition Co | | | | | Sold | 10/05 | J | A | |
| 381. -- Eagle Bulk Shipping | | | | | Bought | 10/26 | J | | |
| 382. -- Eagle Bulk Shipping | | | | | Sold | 10/29 | J | A | |
| 383. -- Eagle Bulk Shipping | | | | | Bought | 10/26 | J | | |
| 384. -- Eagle Bulk Shipping | | | | | Sold | 10/29 | J | A | |
| 385. -- Eagle Bulk Shipping | | | | | Bought | 10/26 | K | | |
| 386. -- Eagle Bulk Shipping | | | | | Sold | 10/29 | K | A | |
| 387. -- Fleming Companies | | | | | | | J | | |
| 388. -- Frontier Oil Corp | | | | | Bought | 6/04 | K | | |
| 389. -- Frontier Oil Corp | | | | | Sold | 6/14 | J | A | |
| 390. -- Frontier Oil Corp | | | | | Bought | 6/04 | K | | |
| 391. -- Frontier Oil Corp | | | | | Sold | 6/14 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,900 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -- Global Industries Ltd | | | | | Bought | 6/14 | J | | |
| 393. -- Global Industries Ltd | | | | | Sold | 6/25 | J | A | |
| 394. -- Global Industries Ltd | | | | | Bought | 6/14 | K | | |
| 395. -- Global Industries Ltd | | | | | Sold | 6/25 | K | A | |
| 396. -- Global Industries Ltd | | | | | Bought | 6/29 | K | | |
| 397. -- Global Industries Ltd | | | | | Sold | 7/09 | K | A | |
| 398. -- Global Industries Ltd | | | | | Bought | 6/29 | K | | |
| 399. -- Global Industries Ltd | | | | | Sold | 7/09 | K | A | |
| 400. -- Goodyear Tire & Rubber | | | | | Bought | 10/30 | K | | |
| 401. -- Graftech International | | | | | Bought | 6/04 | K | | |
| 402. -- Graftech International | | | | | Sold | 6/28 | K | B | |
| 403. -- Graftech International | | | | | Bought | 10/12 | K | | |
| 404. -- Honeywell Intl | | | | | Bought | 7/17 | L | | |
| 405. -- Ivanhoe Mines Ltd | | | | | Bought | 7/19 | K | | |
| 406. -- Loews Corp | | | | | Bought | 5/18 | K | | |
| 407. -- Loews Corp | | | | | Sold | 6/04 | K | B | |
| 408. -- MEMC Electr Matls Inc | | | | | Bought | 1/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  --  MEMC Electr Matls Inc | | | | | Sold | 1/26 | K | C | |
| 410.  --  MEMC Electr Matls Inc | | | | | Bought | 1/19 | J | | |
| 411.  --  MEMC Electr Matls Inc | | | | | Sold | 1/26 | J | B | |
| 412.  --  MEMC Electr Matls Inc | | | | | Bought | 7/26 | K | | |
| 413.  --  MEMC Electr Matls Inc | | | | | Sold | 10/02 | K | A | |
| 414.  --  MEMC Electr Matls Inc | | | | | Bought | 7/26 | J | | |
| 415.  --  MEMC Electr Matls Inc | | | | | Sold | 10/2 | J | A | |
| 416.  --  MEMC Electr Matls Inc | | | | | Bought | 7/26 | J | | |
| 417.  --  MEMC Electr Matls Inc | | | | | Sold | 10/02 | J | A | |
| 418.  --  MEMC Electr Matls Inc | | | | | Bought | 7/26 | J | | |
| 419.  --  MEMC Electr Matls Inc | | | | | Sold | 10/2 | J | A | |
| 420.  --  Occidental Pete Corp | | | | | Bought | 6/04 | L | | |
| 421.  --  Occidental Pete Corp | | | | | Sold | 7/09 | L | B | |
| 422.  --  Perini Corporation | | | | | Bought | 5/30 | J | | |
| 423.  --  Perini Corporation | | | | | Sold | 6/04 | J | A | |
| 424.  --  Perini Corporation | | | | | Bought | 5/30 | J | | |
| 425.  --  Perini Corporation | | | | | Sold | 6/04 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -- Perini Corporation | | | | | Bought | 5/30 | J | | |
| 427. -- Perini Corporation | | | | | Sold | 6/04 | J | A | |
| 428. -- Perini Corporation | | | | | Bought | 5/30 | J | | |
| 429. -- Perini Corporation | | | | | Sold | 6/04 | J | A | |
| 430. -- Perini Corporation | | | | | Bought | 5/30 | J | | |
| 431. -- Perini Corporation | | | | | Sold | 6/04 | J | A | |
| 432. -- Perini Corporation | | | | | Bought | 5/30 | J | | |
| 433. -- Perini Corporation | | | | | Sold | 6/04 | J | A | |
| 434. -- Rock Tenn Co | | | | | Bought | 1/26 | J | | |
| 435. -- Rock Tenn Co | | | | | Sold | 2/15 | J | A | |
| 436. -- Rock Tenn Co | | | | | Bought | 1/26 | J | | |
| 437. -- Rock Tenn Co | | | | | Sold | 2/15 | J | A | |
| 438. -- Rock Tenn Co | | | | | Bought | 1/26 | J | | |
| 439. -- Rock Tenn Co | | | | | Sold | 2/15 | J | A | |
| 440. -- Rock Tenn Co | | | | | Bought | 1/26 | J | | |
| 441. -- Rock Tenn Co | | | | | Sold | 2/15 | J | A | |
| 442. -- Rock Tenn Co | | | | | Bought | 1/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -- Rock Tenn Co | | | | | Sold | 2/15 | J | A | |
| 444. -- RadioShack Corp | | | | | Bought | 4/30 | K | | |
| 445. -- RadioShack Corp | | | | | Sold | 5/07 | K | B | |
| 446. -- RadioShack Corp | | | | | Bought | 4/30 | J | | |
| 447. -- RadioShack Corp | | | | | Sold | 5/07 | J | A | |
| 448. -- Satyam Computer Svcs | | | | | Bought | 7/09 | K | | |
| 449. -- Satyam Computer Svcs | | | | | Sold | 8/08 | K | A | |
| 450. -- Satyam Computer Svcs | | | | | Bought | 7/09 | J | | |
| 451. -- Satyam Computer Svcs | | | | | Sold | 8/08 | J | A | |
| 452. -- Sotheby's | | | | | Bought | 2/09 | K | | |
| 453. -- Sotheby's | | | | | Sold | 3/23 | K | A | |
| 454. -- Sotheby's | | | | | Bought | 5/07 | K | | |
| 455. -- Sotheby's | | | | | Sold | 10/09 | K | B | |
| 456. -- Sotheby's | | | | | Bought | 5/07 | J | | |
| 457. -- Sotheby's | | | | | Sold | 10/09 | J | A | |
| 458. -- Sotheby's | | | | | Bought | 5/07 | J | | |
| 459. -- Sotheby's | | | | | Sold | 10/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -- Terra Inds Inc | | | | | Bought | 1/19 | K | | |
| 461. -- Terra Inds Inc | | | | | Sold | 2/09 | K | B | |
| 462. -- Terra Inds Inc | | | | | Bought | 6/25 | K | | |
| 463. -- Terra Inds Inc | | | | | Sold | 6/29 | K | B | |
| 464. -- Terra Inds Inc | | | | | Bought | 6/25 | J | | |
| 465. -- Terra Inds Inc | | | | | Sold | 6/29 | J | A | |
| 466. -- Terra Inds Inc | | | | | Bought | 10/12 | K | | |
| 467. -- Terra Inds Inc | | | | | Sold | 10/25 | K | A | |
| 468. -- Terra Inds Inc | | | | | Bought | 10/12 | J | | |
| 469. -- Terra Inds Inc | | | | | Sold | 10/25 | J | A | |
| 470. -- Tiffany & Co New | | | | | Bought | 4/03 | K | | |
| 471. -- Tiffany & Co New | | | | | Sold | 4/26 | K | A | |
| 472. -- Tiffany & Co New | | | | | Bought | 4/03 | K | | |
| 473. -- Tiffany & Co New | | | | | Sold | 4/26 | K | A | |
| 474. -- Titanium Metals Corp | | | | | Bought | 6/14 | N | | |
| 475. -- Titanium Metals Corp | | | | | Sold | 7/19 | K | A | |
| 476. -- Titanium Metals Corp | | | | | Bought | 6/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -- Titanium Metals Corp | | | | | Sold | 7/19 | J | A | |
| 478. -- Titanium Metals Corp | | | | | Bought | 6/14 | J | | |
| 479. -- Titanium Metals Corp | | | | | Sold | 7/19 | J | A | |
| 480. -- Titanium Metals Corp | | | | | Bought | 6/14 | J | | |
| 481. -- Titanium Metals Corp | | | | | Sold | 7/19 | J | A | |
| 482. -- Titanium Metals Corp | | | | | Bought | 6/14 | J | | |
| 483. -- Titanium Metals Corp | | | | | Sold | 7/19 | J | A | |
| 484. -- Volt Information | | | | | Bought | 12/27 | J | | |
| 485. -- Volt Information | | | | | Sold | 1/09 | J | A | |
| 486. -- Volt Information | | | | | Bought | 12/27 | K | | |
| 487. -- Volt Information | | | | | Sold | 1/09 | K | A | |
| 488. -- Volt Information | | | | | Bought | 12/27 | J | | |
| 489. -- Volt Information | | | | | Sold | 1/09 | J | A | |
| 490. -- Volt Information | | | | | Bought | 12/27 | J | | |
| 491. -- Volt Information | | | | | Sold | 1/09 | J | A | |
| 492. -- Volt Information | | | | | Bought | 12/27 | J | | |
| 493. -- Volt Information | | | | | Sold | 1/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -- Volt Information | | | | | Bought | 12/27 | J | | |
| 495. -- Volt Information | | | | | Sold | 1/09 | J | A | |
| 496. -- Volt Information | | | | | Bought | 12/27 | J | | |
| 497. -- Volt Information | | | | | Sold | 1/09 | J | A | |
| 498. -- Volt Information | | | | | Bought | 12/27 | J | | |
| 499. -- Volt Information | | | | | Sold | 1/09 | J | A | |
| 500. -- W-H Energy Services Inc | | | | | Bought | 4/26 | J | | |
| 501. -- W-H Energy Services Inc | | | | | Sold | 4/27 | J | A | |
| 502. -- W-H Energy Services Inc | | | | | Bought | 4/26 | J | | |
| 503. -- W-H Energy Services Inc | | | | | Sold | 4/27 | J | A | |
| 504. -- W-H Energy Services Inc | | | | | Bought | 4/26 | J | | |
| 505. -- W-H Energy Services Inc | | | | | Sold | 4/27 | J | A | |
| 506. -- W-H Energy Services Inc | | | | | Bought | 4/26 | J | | |
| 507. -- W-H Energy Services Inc | | | | | Sold | 4/27 | J | A | |
| 508. -- W-H Energy Services Inc | | | | | Bought | 4/26 | J | | |
| 509. -- W-H Energy Services Inc | | | | | Sold | 4/27 | J | A | |
| 510. -- W-H Energy Services Inc | | | | | Bought | 4/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. -- W-H Energy Services Inc | | | | | Sold | 4/27 | J | A | |
| 512. -- W-H Energy Services Inc | | | | | Bought | 4/26 | J | | |
| 513. -- W-H Energy Services Inc | | | | | Sold | 4/27 | J | A | |
| 514. -- W-H Energy Services Inc | | | | | Bought | 4/26 | J | | |
| 515. -- W-H Energy Services Inc | | | | | Sold | 4/27 | J | A | |
| 516. -- Western Refining Inc | | | | | Bought | 3/23 | K | | |
| 517. -- Western Refining Inc | | | | | Sold | 5/21 | K | B | |
| 518. -- Western Refining Inc | | | | | Bought | 3/23 | J | | |
| 519. -- Western Refining Inc | | | | | Sold | 5/21 | J | A | |
| 520. -- Yum Brands | | | | | Bought | 10/08 | K | | |
| 521. -- Yum Brands | | | | | Sold | 10/09 | K | B | |
| 522. -- W&T Offshore Inc | | | | | Bought | 12/31 | K | | |
| 523. Cronos IEA Income Fund XII LLP | C | Int./Div. | J | T | | | | | |
| 524. J & E Mahan Agency (Alpine) | A | Int./Div. | M | T | | | | | |
| 525. Mahan ███ Partnership | B | Int./Div. | L | T | | | | | |
| 526. U.S. Bank | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanation for Part VII -- Investments and Trusts

The following assets were inadvertently omitted from the 2006 Report as acquired assets but were sold in 2007:

Page 4, lines 4 and 6
Pages 5 and 6, lines 30, 32, 34, and 36
Page 8, Lines 71, 83 and 85
Page 9, lines 87 and 89
Page 14, lines 172, 182, 184, 186
Page 20, lines 276, 278, 280, 282, and 284
Pages 32 and 33, lines 484, 486, 488, 490, 492, 494, 496, and 498

The following assets are still owned:

Page 16, lines 208, 209 and 220
Page 26, line 387
Page 34, line 523

The following assets were acquired in 2007 and are still owned:

Page 18, line 255
Page 21, line 301
Page 27, lines 400, 403, 404 and 405
Page 34, line 522

The following assets were acquired through inheritance from █████████████████

Page 34, lines 524, 525, and 526

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA**
**AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544